**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CENTERPOINT CLAIMS SERVICE,**
**INC.,**

            **Plaintiff,**

                                       **Civil Action 2:20-cv-3779**
     **v.**                                  **Judge Michael H. Watson**
                                       **Magistrate Judge Chelsey M. Vascura**

**NATIONWIDE MUTUAL INSURANCE**
**COMPANY,**

            **Defendant.**

## **ORDER**

This matter is before the Court on the parties' Joint Motion to File Document Under Seal (ECF No. 11). Therein, Defendant asserts that the Master Services Agreement attached as Exhibit A to Plaintiff's Complaint (ECF No. 1-1) contains confidential business information and trade secrets. For good cause shown, the parties' Motion is **GRANTED**. The Clerk is **DIRECTED** to maintain Exhibit A to the Complaint (ECF No. 1-1) under seal, but to unseal the Complaint (ECF No. 1) and its remaining exhibits (ECF Nos. 1-2 and 1-3).

           **IT IS SO ORDERED.**

                                    */s/ Chelsey M. Vascura*
                                    CHELSEY M. VASCURA
                                    UNITED STATES MAGISTRATE JUDGE